ADELE BALDWIN et al., as Administrators of the Estate of
ELIZABETH B. RICE, Deceased, Appellants and Respondents,
v. WILLIAM M. RICE, JR., et al., as Executors of WILLIAM
M. RICE, Deceased, Respondents and Appellants.

(Submitted January 8, 1906; decided February 6, 1906.)

MOTION for re-argument. (See 183 N. Y. 55.)

*John Brooks Leavitt, Jared F. Harrison* and *Arthur B. Turnure* for motion.

*James Byrne* and *Charles A. Boston* opposed.

*Per Curiam.* In our disposition of the appeal in this case
we did not misconceive the question involved, as is now con-
tended by the learned counsel for the appellants with rather
more heat than we think warranted.

We held, with the courts below, that the letters of adminis-
tration were clearly ancillary in character, and that so con-
sidered they were void, as, in securing their issue, the appel-
lants had failed to comply with the provisions of the Code of
Civil Procedure. We add to the opinion already published
(183 N. Y. 55) that the order directing the issue of letters
contained provisions that made the letters limited and ancil-
lary on their face. The motion for re-argument should be
denied, with ten dollars costs.

CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT,
HAIGHT, VANN and WERNER, JJ., concur.

Motion denied.